UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| GASTON BOISVERT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 5:14-cv-72 |
| | ) | |
| THE COUNTY OF BENNINGTON, | ) | |
| BENNINGTON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, CHAD SCHMIDT and | ) | |
| JASON NOBLET, | ) | |
|     Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41, the parties hereto stipulate and agree that all claims herein shall be dismissed with prejudice, each party to bear its own costs and fees.

Dated at Burlington, Vermont this 22nd day of April, 2015

        GASTON BOISVERT

By: ____/s/ David J. Pollack_____
      David J. Pollock, Esq.
      Martin, Harding & Mazzotti
      5046 Main Street
      Manchester Center, VT 05255
      (802) 375-1122
      david.pollock@1800law1010.com

        COUNTY OF BENNINGTON

By: ____/s/ Andrew H. Maass_____
      Andrew H. Maass, Esq.
      Ryan Smith and Carbine LTD
      98 Merchants Row, P.O. Box 310
      Rutland, VT  05701
      (802) 786-1028
      ahm@rsclaw.com

*1797059.1*

2

BENNINGTON COUNTY SHERIFF'S
DEPARTMENT &
CHAD SCHMIDT

By: /s/ Pietro J. Lynn
Pietro J. Lynn, Esq.
Lynn, Lynn & Blackman, P.C.
76 St. Paul St., Suite 400
Burlington, VT  05401
(802) 860-1500
plynn@lynnlawvt.com

JASON NOBLET

By: /s/ Jeffrey S. Marlin
Jeffrey S. Marlin, Esq.
Primmer Piper Eggleston &
Cramer PC
100 East State Street
P.O. Box 1309
Montpelier, VT  05601-1309
(802) 223-2102
jmarlin@primmer.com

2

*1797059.1*